UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Andrew Beck & Elizabeth Beck

Social Security No.:
xxx-xx-1014 and xxx-xx-4930

Address:
506 North Waters Edge Drive, Durham, NC 27703-

Case No.  10-80449- -

Chapter  7

Debtors

**ORDER REGARDING REAFFIRMATION**

    Following a hearing on August 5, 2010, whereat Edward C. Boltz appeared on behalf of the Debtors, the Court finds that there is just cause to extend the time for entry of the Reaffirmation with Allegacy Federal Credit Union and accordingly, said Reaffirmation is allowed.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Andrew Beck & Elizabeth Beck          Case No.  10-80449- -
Social Security No.:                  Chapter   7
xxx-xx-1014 and xxx-xx-4930
Address:
506 North Waters Edge Drive, Durham, NC 27703-

Debtors

**SERVICE LIST FOR ORDER REGARDING REAFFIRMATION**

Andrew & Elizabeth Beck
506 North Waters Edge Drive
Durham NC 27703

Edward C. Boltz
Attorney for the Debtors

Allegacy Federal Credit Union
Post Office Box 26043
Winston-Salem NC 27114-6043